# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Eastern DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Cassandra A Richardson<br>                   Debtor(s)<br><br>Madison Revolving Trust 2017, its successors and/or assigns<br>                   Movant<br>      vs.<br>Cassandra A Richardson<br>                   Debtor(s)<br><br>William C. Miller Esq.<br>                   Trustee | CHAPTER 13<br><br><br><br><br>NO. 17-18488 MDC<br><br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Amended Proof of Claim of Madison Revolving Trust 2017, which was filed with the Court on or about **8/28/2018**.

                                                     Respectfully submitted,

                                                     **/s/ Rebecca A. Solarz, Esquire**
                                                     Rebecca A. Solarz, Esquire
                                                     KML Law Group, P.C.
                                                     BNY Mellon Independence Center
                                                     701 Market Street, Suite 5000
                                                     Philadelphia, PA  19106
                                                     215-627-1322

August 28, 2018