**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


In Re:   Cassandra A. Richardson          )  Chapter 13
            Debtor                        )
                                          )  No. 17-18488-MDC
                                          )
                                          )


**CERTIFICATION OF NO RESPONSE**


I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.



                                    /s/David M. Offen
                                    David M. Offen
                                    Attorney for Debtor

Date: 11/7/18