## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cassandra A Richardson <br>                              Debtor <br><br> Madison Revolving Trust 2017 <br>                              Movant <br>     vs. <br><br> Cassandra A Richardson     Debtor <br><br> Zaneta C. Kenner     Co-Debtor <br><br> William C. Miller Esq.     Trustee | Chapter 13 <br><br><br> NO. 17-18488 MDC |

### ORDER

AND NOW, this 21st day of December, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), are modified to allow Madison Revolving Trust 2017 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1937 73rd Avenue Philadelphia, PA 19138.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

United States Bankruptcy Judge.

cc: See attached service list

Cassandra A Richardson
1937 73Rd Ave
Philadelphia, PA 19138

Zaneta C. Kenner
1937 73Rd Ave
Philadelphia, PA 19138

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532