United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-18488-mdc
Cassandra A Richardson                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Dec 21, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
db             +Cassandra A Richardson,   1973 73rd Avenue,   Philadelphia, PA 19138-2724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Cassandra A Richardson dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Madison Revolving Trust 2017 bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Madison Revolving Trust 2017 kbuttery@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Madison Revolving Trust 2017 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                         TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Cassandra A Richardson <br>      Debtor <br><br> Madison Revolving Trust 2017 <br>      Movant <br> vs. <br><br> Cassandra A Richardson Debtor <br><br> Zaneta C. Kenner Co-Debtor <br><br> William C. Miller Esq. Trustee | Chapter 13 <br><br> NO. 17-18488 MDC |

**ORDER**

AND NOW, this 21st day of December, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), are modified to allow Madison Revolving Trust 2017 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1937 73rd Avenue Philadelphia, PA 19138.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                    *Magdeline D. Coleman*
                    United States Bankruptcy Judge.

cc: See attached service list

Cassandra A Richardson
1937 73Rd Ave
Philadelphia, PA 19138

Zaneta C. Kenner
1937 73Rd Ave
Philadelphia, PA 19138

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532