United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-18488-mdc
Cassandra A Richardson                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia              Page 1 of 2                    Date Rcvd: Mar 21, 2019
                             Form ID: pdf900             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db          +Cassandra A Richardson,    1973 73rd Avenue,    Philadelphia, PA 19138-2724
cr          +Madison Revolving Trust 2017,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
14029997    #+Central Financial Control,    Attn: Bankruptcy,    Po Box 66044,   Anaheim, CA 92816-6044
14029998     +First Federal Credit & Collections,    24700 Chagrin Blvd,   Suite 205,
              Cleveland, OH 44122-5662
14029999     +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14199594     +Madison Revolving Trust 2017,    C/O KEVIN M. BUTTERY,    RAS Crane, LLC,
              10700 Abbot's Bridge Road, Ste. 170,    Duluth, GA 30097-8461
14062322     +Madison Revolving Trust 2017,    Nationstar Mortgage LLC d/b/a Mr.Cooper,    PO BOX 619094,
              Dallas TX 75261-9094
14030000     +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
              Coppell, TX 75019-4620
14046129     +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
14030003     +Quality Asset Recovery,    Po Box 239,   Gibbsboro, NJ 08026-0239
14030004     +U.S. BANK NATIONAL ASSOCIATION,    8950 CYPRESS WATERS BOULEVARD,    Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Mar 22 2019 03:02:00      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 22 2019 03:01:39
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 22 2019 03:01:53      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14030001    +E-mail/Text: bankruptcygroup@peco-energy.com Mar 22 2019 03:01:27      PECO,
              2301 Market Street,    Philadelphia, PA 19103-1380
14030002     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2019 03:10:56
              Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
14043046     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2019 03:12:24
              Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14030005     E-mail/Text: megan.harper@phila.gov Mar 22 2019 03:01:59      Water Revenue Bureau,
              1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Cassandra A Richardson dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Madison Revolving Trust 2017 bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Madison Revolving Trust 2017 kbuttery@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Madison Revolving Trust 2017 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2           User: Virginia              Page 2 of 2              Date Rcvd: Mar 21, 2019
                               Form ID: pdf900             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
        TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASSANDRA A RICHARDSON          Chapter 13

         Debtor          Bankruptcy No. 17-18488-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _21st_ day of _March_, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
CASSANDRA A RICHARDSON

1973 73RD AVENUE

PHILADELPHIA, PA 19138